Petition for Writ of
Mandamus Dismissed and Memorandum Opinion filed April 28, 2011.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-11-00329-CV

____________

 

IN RE CHAD A. BEVERLY, Relator

 

 

 



ORIGINAL PROCEEDING

WRIT OF MANDAMUS

245th District Court

Harris County, Texas

Trial Court No. 2007-64129

 

 

 



M E M O R
A N D U M   O P I N I O N

            On April 18, 2011, relator, Chad A. Beverly, filed a petition
for writ of mandamus in this Court.  See Tex. Gov’t Code §22.221; see
also Tex. R. App. P. 52.1.  In his petition, realtor asks that we direct
the District Clerk to furnish copies of documents filed in his 2008 divorce,
pursuant to an open records request.  See Tex. Gov’t Code §§
552.001-.353

            This Court’s mandamus jurisdiction is governed by section
22.221 of the Texas Government Code.  Section 22.221 expressly limits the
mandamus jurisdiction of the courts of appeals to:  (1) writs against a
district court judge or county court judge in the court of appeals’ district,
and (2) all writs necessary to enforce the court of appeals’ jurisdiction. 
Tex. Gov’t Code § 22.221.  

            This
court does not have mandamus jurisdiction over a district clerk unless it is
necessary to enforce the court’s jurisdiction.  See In re Washington, 7
S.W.3d 181, 182 (Tex. App.—Houston [1st Dist.] 1999, orig. proceeding) (mem.
op.).  Because the petition for writ of mandamus is directed toward the Harris
County District Clerk and is not necessary to enforce this court’s jurisdiction,
we lack jurisdiction to grant the requested relief.  See Tex. Gov’t Code
§ 22.221(b)(1).

            Accordingly, the petition for writ of mandamus is ordered
dismissed.

 

                                                            PER
CURIAM

 

Panel
consists of Chief Justice Hedges and Justices Seymore and Boyce.